CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 19 2013

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RICHARD GLENN NEWMAN, JR., )<br>    Plaintiff, )<br> ) | Civil Action No. 7:13-cv-00015 | |
| v. ) | **ORDER** | |
| ) | | |
| GERALD A. MCPEAK, <u>et al.</u>, )<br>    Defendants. ) | By: | Hon. Michael F. Urbanski<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This ___15___ day of February, 2013.

/s/ Michael F. Urbanski
United States District Judge