CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 19 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RICHARD GLENN NEWMAN, JR., | ) | Civil Action No. 7:13-cv-00015 |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GERALD A. MCPEAK, <u>et al.</u>, | ) | By:  Hon. Michael F. Urbanski |
|    Defendants. | ) |       United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that the Complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 15th day of February, 2013.

/s/ Michael F. Urbanski
United States District Judge